UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-21104-RAR

**BENESSERE INVESTMENT
GROUP, LLC**, *et al.*,

    Plaintiffs,

v.

**ERIC SWIDER**, *et al.*,

    Defendants.
_____/

## ORDER REQUIRING COMBINED RESPONSES

**THIS CAUSE** comes before the Court *sua sponte*. The record indicates that all three of the Defendants have been served with process, but on different dates. *See* Notices of Service of Process, [ECF Nos. 9, 13, 14]. To better manage the orderly progress of this case, it is hereby

**ORDERED AND ADJUDGED** that all Defendants shall submit a **single combined response or separate answers** within the time allowed for the last served Defendant to respond —June 17, 2024. *See* [ECF No. 13].

**DONE AND ORDERED** in Miami, Florida, this 17th day of April, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**