**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

BENESSERE INVESTMENT GROUP, LLC,
and ARC GLOBAL INVESTMENTS II, LLC,

    Plaintiffs,

v.                                                              Case No.: 1:24-CV-21104-RAR

ERIC SWIDER, ALEXANDER CANO, and
RENATUS ADVISORS LLC,

    Defendants.
_____/

**CERTIFICATE OF INTERESTED PARTIES**
**AND CORPORATE DISCLOSURE STATEMENT**

Defendants Eric Swider, Alexander Cano, and Renatus Advisors LLC (collectively, "Defendants"), by and through undersigned counsel and pursuant to this Court's Order Requiring Joint Scheduling Report and Certificates of Interested Parties (D.E. 20), discloses the following persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

    1.    Plaintiff Benessere Investment Group, LLC;

    2.    Plaintiff ARC Global Investments II, LLC;

    3.    Patrick Orlando, as managing member of Plaintiffs Benessere and ARC;

    4.    Kevin Patrick Jacobs, Esq., as counsel for Plaintiffs;

    5.    Antonio M Hernandez , Jr., as counsel for Plaintiffs;

    6.    Homer Bonner Jacobs Ortiz, P.A., as counsel for Plaintiffs;

    7.    Defendant Eric Swider;

    8.    Defendant Alex Cano;

9. Defendant Renatus Advisors LLC, which further discloses that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock;

10. Christopher G. Oprison, Esq., as counsel for Defendants;

11. Tal Aburos, Esq., as counsel for Defendants; and

12. DLA Piper LLP (US), as counsel for Defendants.

Dated: July 9, 2024

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Christopher G. Oprison*
Christopher G. Oprison (FBN 122080)
chris.oprison@dlapiper.com
Tal Aburos (FBN 1010901)
tal.aburos@dlapiper.com
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
Tel: (305) 423-8522
Fax: (305) 657-6366

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 9, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Christopher G. Oprison*
Christopher G. Oprison