**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO. 1:24-cv-21104-RAR**

BENESSERE INVESTMENT GROUP, LLC,
a Florida limited liability company,
ARC GLOBAL INVESTMENTS II LLC,
a Delaware limited liability company,

      Plaintiffs,

v.

ERIC SWIDER, an individual,
ALEXANDER CANO, an individual, and
RENATUS ADVISORS, LLC, a Delaware
limited liability company,

      Defendants.
_____/

**JOINT NOTICE OF MEDIATOR SELECTION AND MEDIATION DATE**

      Plaintiffs Benessere Investment Group, LLC and ARC Global Investments II LLC, and Defendants Eric Swider, Alexander Cano, and Renatus Advisors, LLC, by counsel, hereby file this Joint Notice of Mediator Selection and Mediation Date pursuant to the Court's Order Setting Jury Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge, ECF No. 26. The parties are filing the attached proposed order selecting Mediator Howard Tescher, Esq., Tescher Mediation Group, Inc. Bank of America Plaza, 401 East Las Olas Boulevard, Suite 1400, Fort Lauderdale, Florida 33301, to conduct a mediation on April 3, 2025, at 10:00 a.m. at the offices of Homer Bonner Jacobs Ortiz, P.A., 1200 Four Seasons Tower, 1441 Brickell Avenue, Miami, Florida 33131.

DATED: July 24, 2024



1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
Phone: (305) 350-5100
Fax: (305) 372-2738

By: */s/ Antonio M. Hernandez, Jr.*
Kevin P. Jacobs, Esq.
Email: kjacobs@homerbonner.com
Florida Bar No. 169821
Antonio M. Hernandez Jr., Esq.
Email: ahernandez@homerbonner.com
Florida Bar No.: 0117756

*Attorneys for Plaintiffs*

**DLA PIPER LLP (US)**

/s/  *Christopher G. Oprison*
Christopher G. Oprison (FBN 122080)
chris.oprison@dlapiper.com
Tal Aburos (FBN 1010901)
tal.aburos@dlapiper.com
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
Tel: (305) 423-8522
Fax: (305) 657-6366

*Attorneys for Defendants*