UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-21104-RAR

**BENESSERE INVESTMENT GROUP, LLC**,
a Florida limited liability company,
**ARC GLOBAL INVESTMENTS II, LLC**,
a Delaware limited liability company,

    Plaintiffs,

v.

**ERIC SWIDER**, an individual,
**ALEXANDER CANO**, an individual, and
**RENATUS ADVISORS, LLC**, a Delaware
limited liability company,

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with **Howard Tescher, Esq.** on **April 3, 2025**. The mediation shall occur at **10:00 a.m.** at the offices of **Homer Bonner Jacobs Ortiz, P.A., 1200 Four Seasons Tower, 1441 Brickell Avenue, Miami, Florida 33131**. A report of the mediation must be filed within **seven (7) days** of the mediation conference.

**DONE AND ORDERED** in Miami, Florida, this 24th day of July, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**