**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-CV-21104-RAR**

BENESSERE INVESTMENT GROUP,
LLC, et al.,

                Plaintiffs,

vs.

ERIC SWIDER, et al.,

                Defendants.
_____/

**MEDIATOR'S REPORT**

PLEASE TAKE NOTICE that the above-referenced action was mediated before the undersigned on April 3, 2025, pursuant to the Court's Order Scheduling Mediation dated July 24, 2024 (DE 32).

The Court should take further notice of the following:

(a) all parties and their counsel appeared in person with the exception of Eric Swider, who appeared via Zoom with prior Court approval; and

(b) after a good faith attempt to resolve the issues, the undersigned declared an impasse.

                                            Respectfully submitted,

                                            s/ Howard A. Tescher
                                            Howard A. Tescher
                                            Fla. Bar No. 0509183
                                            TESCHER MEDIATION GROUP, INC.
                                            401 E. Las Olas Boulevard, Suite 1400
                                            Fort Lauderdale, Florida 33301
                                            (954) 236-9600 Telephone
                                            e-mail: htescher@teschermediation.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Mediator's Report has been electronically filed on April 3, 2025, using the CM/ECF system.

/s/ Howard A. Tescher
HOWARD A. TESCHER
