# EXHIBIT B

| | |
|---|---|
| **From:** | Antonio Hernandez <ahernandez@homerbonner.com> |
| **Sent:** | Wednesday, November 20, 2024 6:10 PM |
| **To:** | Oprison, Chris; Aburos, Tal |
| **Cc:** | Kevin Jacobs; Sabrina Serber |
| **Subject:** | RE: Case 1:24-cv-21104-RAR Benessere Investment Group, LLC et al v. Swider et al - User Activity Report |
| **Attachments:** | Lists of Unique Downloaded Files by Cano, Swider, and Salume from 1-31-2023 to 4-1-2024 - 4862-3974-6045 - 1.xlsx |

⚠️ EXTERNAL MESSAGE

Chris and Tal,

At the Court's instruction, we have reviewed the files downloaded or previewed for those files that we are not currently contesting that DWAC may have an interest in, such that we are not currently seeking you to trace the files or return them. In SDFL24cv21104_Benessere_000003, the entries are the following row numbers: 267-270, 299, 337, 343, 477, 485, 495, 499, 665, 1177, 1183, 1189, 1375, 1841-1860, 1867-68, 1895-1901, 1924-25, 1928-29, 1931, 1936, 1939, 1942, 1945, 1948-49, 1954-55, 1959, 1962-63, 1966, 1969-70, 1974-75, 1977-78, 1988-89, 1993-94, 1997-98, 2000, 2003-04, 2007-09, 2011-12, 2017, 2020, 2028, 2031-32, 2035, 2037, 2040, 2043-44, 2049, 2052, 2055, 2058-59, 2063, 2224, 2226, 2229, 2255, 2259-62, 2301-02, 2304, 2354, 2363, 2369, 2723, 2733, 2734, 2741, 2742, 2747, 2749-50, 2753, 2755, 2760-61, 2763, 2787-88, 2803, 2843-50, 2852, 2871, 2937, 2946-63, 2968, 3439-3440, 3531, 3534, 3613, 24619-20, 24632-33, 24784, 24995, 25000-01, 25012-28.

For the sake of clarity and to facilitate your search for the documents, derived from the date in SDFL24cv21104_Benessere_000003, we have prepared the attached Excel file containing a list of files and file paths from the Box that were downloaded by Cano, Swider, or Natalie Salume from 1/31/2023 to 4/2/2024 and excluding the above listed files, with duplicates omitted. The first tab of the attached file is limited to the files downloaded by Cano or Swider. The second tab of the attached file is limited to the files downloaded by Natalie Salume.

This email and the attached list is without prejudice to supplementation or amendment based on legal argument regarding access rights or further review of the files. We are designating the attached file as CONFIDENTIAL pursuant to the CONFIDENTIALITY AND PROTECTIVE ORDER entered in this case, ECF No. 40.

Regards,

Tony

Antonio M. Hernandez, Jr.



1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
P: 305 350 5194 | F: 305 372 2738
ahernandez@homerbonner.com

This email (including any attachments) is confidential, intended only for the named recipient, and may contain information that is privileged, attorney work product, or protected by applicable law. If you are not the intended recipient, you may not disseminate, distribute, or retain the email. Instead, please notify the sender and delete the email. Thank you.

**From:** Oprison, Chris <chris.oprison@us.dlapiper.com>
**Sent:** Wednesday, November 20, 2024 2:23 PM
**To:** Antonio Hernandez <ahernandez@homerbonner.com>; Aburos, Tal <Tal.Aburos@us.dlapiper.com>
**Cc:** Kevin Jacobs <kjacobs@homerbonner.com>; Sabrina Serber <sserber@homerbonner.com>
**Subject:** RE: Case 1:24-cv-21104-RAR Benessere Investment Group, LLC et al v. Swider et al - User Activity Report

Thanks Tony – will take a look.

---

**From:** Antonio Hernandez <ahernandez@homerbonner.com>
**Sent:** Wednesday, November 20, 2024 1:54 PM
**To:** Oprison, Chris <chris.oprison@us.dlapiper.com>; tal.aburos@dlapiper.com
**Cc:** Kevin Jacobs <kjacobs@homerbonner.com>; Sabrina Serber <sserber@homerbonner.com>
**Subject:** RE: Case 1:24-cv-21104-RAR Benessere Investment Group, LLC et al v. Swider et al - User Activity Report

⚠ EXTERNAL MESSAGE

Chris and Tal:

As a follow-up and supplement to the below, please see attached the user activity report run showing the activity for every user from the Box Account between November 1, 2022 and April 1, 2024. As before, to avoid affecting the name of the file and as this is in connection with our facilitating your searches for information to respond to discovery, we have not renamed the file as generated by Box or produced it out of a document platform. It will be Bates-stamped SDFL24cv21104_Benessere_000003 and is designated in its entirety as CONFIDENTIAL pursuant to the CONFIDENTIALITY AND PROTECTIVE ORDER entered in this case, ECF No. 40.

Regards,

Tony

Antonio M. Hernandez, Jr.



1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
P: 305 350 5194 | F: 305 372 2738
ahernandez@homerbonner.com

This email (including any attachments) is confidential, intended only for the named recipient, and may contain information that is privileged, attorney work product, or protected by applicable law. If you are not the intended recipient, you may not disseminate, distribute, or retain the email. Instead, please notify the sender and delete the email. Thank you.

---

**From:** Antonio Hernandez
**Sent:** Wednesday, November 20, 2024 11:14 AM
**To:** Oprison, Chris <chris.oprison@us.dlapiper.com>; Aburos, Tal <Tal.Aburos@us.dlapiper.com>
**Cc:** Kevin Jacobs <kjacobs@homerbonner.com>; Sabrina Serber <sserber@homerbonner.com>
**Subject:** RE: Case 1:24-cv-21104-RAR Benessere Investment Group, LLC et al v. Swider et al - User Activity Report

Thanks Chris. I'll check that out now.

Regards,

Tony

Antonio M. Hernandez, Jr.



1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
P: 305 350 5194 | F: 305 372 2738
ahernandez@homerbonner.com

This email (including any attachments) is confidential, intended only for the named recipient, and may contain information that is privileged, attorney work product, or protected by applicable law.  If you are not the intended recipient, you may not disseminate, distribute, or retain the email.  Instead, please notify the sender and delete the email.  Thank you.

---

**From:** Oprison, Chris <chris.oprison@us.dlapiper.com>
**Sent:** Wednesday, November 20, 2024 11:12 AM
**To:** Antonio Hernandez <ahernandez@homerbonner.com>; Aburos, Tal <Tal.Aburos@us.dlapiper.com>
**Cc:** Kevin Jacobs <kjacobs@homerbonner.com>; Sabrina Serber <sserber@homerbonner.com>
**Subject:** RE: Case 1:24-cv-21104-RAR Benessere Investment Group, LLC et al v. Swider et al - User Activity Report

Thanks Tony but this log is supposed to be from **November 2022** through March 2024, not from January 2023. We agreed to that time period at the hearing. See below excerpt from Transcript:

**Nov. 15 Hr'g Tr. at 78:10-79:19:**

> MS. ABUROS: So I am not sure if there is anything that needs to be downloaded in this case for purposes of the log. I think I understand that the log that we received from the other side yesterday is just a report from the box account that identifies any activity. So I think we would propose, for purposes of this and streamlining the issues for upcoming mediation, is even going back it does not have to be necessarily from inception on the date that the box was created on June 15 of 2021. I feel like for purposes of now going back to the **November 2002 date** that we agreed on to go back for purposes of discovery until the Defendants no longer had access to the box account, which would be March 20th of 2024. So it would really be a limited subset time period and I think that that may also alleviate opposing counsel's concerns regarding privileged access prior to the time period.

> MR. HERNANDEZ: I think that that is probably amenable. And I have to see all the list of users, but I think they are being reasonable in bringing the time period much closer to the events –

> THE COURT: Okay.

> MR. HERNANDEZ: -- on that particular issue. So, again, I mean, there is a limited number of users on this account. It is not, I guess, if I am accusing somebody of taking documents from me, it does not mean that they should be able to get the list of all one thousand employees' access to every document in the company. But, in this case, it is a small entity. So I think that that is probably fine.

> THE COURT: Okay. Then I am probably going to compel it.

Can you please provide all user activity for that earlier time period?  Thanks

Chris

**From:** Antonio Hernandez <ahernandez@homerbonner.com>
**Sent:** Wednesday, November 20, 2024 9:51 AM
**To:** Oprison, Chris <chris.oprison@us.dlapiper.com>; Aburos, Tal <Tal.Aburos@us.dlapiper.com>
**Cc:** Kevin Jacobs <kjacobs@homerbonner.com>; Sabrina Serber <sserber@homerbonner.com>
**Subject:** RE: Case 1:24-cv-21104-RAR Benessere Investment Group, LLC et al v. Swider et al - User Activity Report

 EXTERNAL MESSAGE

Good morning Chris and Tal:

Please see attached the user activity report run showing the activity for every user from the Box Account between January 31, 2023 and April 1, 2024. As before, to avoid affecting the name of the file and as this is in connection with our facilitating your searches for information to respond to discovery, we have not renamed the file as generated by Box or produced it out of a document platform. It will be Bates-stamped SDFL24cv21104_Benessere_000002 and is designated in its entirety as CONFIDENTIAL pursuant to the CONFIDENTIALITY AND PROTECTIVE ORDER entered in this case, ECF No. 40.

We will be forwarding a separate communication identifying specific entries from this file that we contend your clients had no authority whatsoever to download or preview as soon as we finish that process later today. We are also working on an identification of specific entries for files we contend your clients had no authority whatsoever to download or preview that were downloaded or previewed by others at your client's direction. We are separately working to produce the documents by Friday in addition to the materials from Lawgical Insight. Thank you.

Regards,

Tony

Antonio M. Hernandez, Jr.



1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
P: 305 350 5194 | F: 305 372 2738
ahernandez@homerbonner.com

This email (including any attachments) is confidential, intended only for the named recipient, and may contain information that is privileged, attorney work product, or protected by applicable law.  If you are not the intended recipient, you may not disseminate, distribute, or retain the email.  Instead, please notify the sender and delete the email.  Thank you.

**From:** Antonio Hernandez
**Sent:** Thursday, November 14, 2024 11:37 AM
**To:** Oprison, Chris <chris.oprison@us.dlapiper.com>; Aburos, Tal <Tal.Aburos@us.dlapiper.com>
**Cc:** Kevin Jacobs <kjacobs@homerbonner.com>; Sabrina Serber <sserber@homerbonner.com>
**Subject:** Case 1:24-cv-21104-RAR Benessere Investment Group, LLC et al v. Swider et al - User Activity Report

Chris and Tal:

Please see attached the user activity report run showing the activity for Eric Swider and Alex Cano from the Box Account since inception through April 1, 2024. To avoid affecting the name of the file and as this is in connection with our facilitating your searches for information to respond to discovery, we have not renamed the file as generated by Box or

produced it out of a document platform. It will be Bates-stamped SDFL24cv21104_Benessere_000001 and is designated in its entirety as CONFIDENTIAL pursuant to the CONFIDENTIALITY AND PROTECTIVE ORDER entered in this case, ECF No. 40.

To the extent you contend any file accessed, previewed, downloaded, or otherwise affected was DWAC's, please so identify it so that it may be analyzed and we can then address such items with the Court, whether tomorrow or in a future hearing. As I have repeatedly asserted, we think there is a distinction between breach of fiduciary duty and unauthorized access under the computer fraud statutes. We expect that you will begin searching and respond to discovery at least based on the files that you do not contend are DWAC's. Please confirm. Thank you.

Regards,

Tony

Antonio M. Hernandez, Jr.



1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
P: 305 350 5194 | F: 305 372 2738
ahernandez@homerbonner.com

This email (including any attachments) is confidential, intended only for the named recipient, and may contain information that is privileged, attorney work product, or protected by applicable law.  If you are not the intended recipient, you may not disseminate, distribute, or retain the email.  Instead, please notify the sender and delete the email.  Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.