UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-21104-RAR

BENESSERE INVESTMENT
GROUP, LLC, *et al.*,

    Plaintiffs,

v.

ERIC SWIDER, *et al.*,

    Defendants.
_____/

## ORDER REFERRING MOTION

Pursuant to 28 U.S.C. section 636(b)(1)(A) and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, the above-styled case is referred to United States Magistrate Judge Lauren F. Louis to take all action as required by law on Defendants' Motion for Sanctions, [ECF No. 82]. It shall be the responsibility of the parties in this case to note the name of Magistrate Judge Louis on all motions and submissions pertaining to the referenced motion.

**DONE AND ORDERED** in Miami, Florida, this 21st day of April, 2025.

                                                    **RODOLFO A. RUIZ II**
                                                  **UNITED STATES DISTRICT JUDGE**