# EXHIBIT B



**From:** Eric Swider <es@renatusadvisors.com>
**Sent:** Tuesday, March 26, 2024 5:50 PM
**To:** Jessica Yanes <JYanes@homerbonner.com>
**Subject:** Re: Cease and Desist – Benessere Investment Group LLC el. v. Eric Swider et al.

Jessica;

You should understand that I was given access to that account by Mr. Orlando when I was a director.   My access was given and actions taken were as a director and officer of DWAC and at the direction of Patrick Orlando acting on behalf Benessere.  Your $6,000 forensic audit may have missed the fact that I have been paying for the Box Account and am the billing rep on the account.  Your audit may have also missed my login activity.   Any compensation was set by a committee and approved by shareholders, including Patrick Orlando.  Alex Cano has ever

worked as my personal assistant.  Mr. Orlando never paid Alex Cano for the services rendered, as admitted in this litigation, by Mr. Cano.  This included compensation in the form of Securities.

Once represented I intend to seek sanctions, report your firm to the bar and then follow up with malicious prosecution after the MTD is approved.

Further, you should advise Mr. Orlando that he has much bigger issues to worry about and focus on than me.  Please advise if you are continuing to take directions from Mr. Orlando with respect to your representation of ARC.  As you may be aware, Mr. Orlando was voted out as managing member of ARC and has been replaced by Gregg Alger.  It is my understanding that only Mr. Alger at this point has authority to direct the actions of ARC.  Please let me know if you need Mr. Alger's contact information so that your firm can take proper direction from someone with authority to speak for ARC and I will be more than happy to get that for you.

With Kind Regards;



Eric Swider
Partner
es@renatusadvisors.com
787.425.9010

To schedule a one on one meeting:  https://calendly.com/renatus/30min

To schedule a group video call: https://calendly.com/renatus/group-meeting

If there is any problem with this communication, please call me immediately at (787) 425-9010.

CONFIDENTIALITY NOTE: This electronic transmission contains information belonging to the Sender which may be confidential or legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of such information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone (787) 425-9010 or return e-mail. Thank you.
--

**From:** Jessica Yanes <JYanes@homerbonner.com>
**Date:** Tuesday, March 26, 2024 at 5:09 PM
**To:** Eric Swider <es@renatusadvisors.com>
**Subject:** Cease and Desist – Benessere Investment Group LLC el. v. Eric Swider et al.

Good afternoon,

Please see the attached letter from Kevin Jacobs regarding the captioned matter. Thank you.

Regards,

Jessica Yanes | Legal Specialist

1200  Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
P: 305 350-5145
F:305 372-2738
jyanes@homerbonner.com

This email (including any attachments) is confidential, intended only for the named recipient, and may contain information that is privileged, attorney work product, or protected by applicable law.  If you are not the intended recipient, you may not disseminate, distribute, or retain the email.  Instead, please notify the sender and delete the email.  Thank you.