# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No.: 1:24-cv-21104-RUIZ/LOUIS

BENESSERE INVESTMENT GROUP, LLC,
and ARC GLOBAL INVESTMENTS II, LLC,

      Plaintiffs,

v.

ERIC SWIDER, ALEXANDER CANO, and
RENATUS ADVISORS, LLC,

      Defendants.

_____/

**DECLARATION OF PATRICK ORLANDO**

I, Patrick Orlando, declare as follows:

    1.    My name is Patrick Orlando. I am over eighteen years of age, am competent to furnish this verified declaration, and do so based on my personal knowledge of the facts stated herein.

    2.    I have been the managing member of Plaintiff ARC Global Investments II LLC ("**ARC II**") during all relevant times to the Response to Defendants' Motion for Sanctions.

    3.    Defendant Eric Swider has never been an ARC II member.

    4.    In connection with this response, I have reviewed various WhatsApp chats produced by Eric Swider and Alexander Cano.

    5.    The participants in the chat attached as part of Exhibit H and produced by Swider and Cano in this case as SWICAN-009-00007912 are ARC II members.

1

6. In connection with his response, I have also reviewed various email communications and other chats produced by Eric Swider and Alexander Cano.

7. The additional emails and chats attached as part Exhibit H and produced by Swider and Cano in this case contain the contact information for various ARC II members.

I declare under penalties of perjury that the foregoing is true and correct.

Executed on April 29, 2025

**PATRICK ORLANDO**

2