**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

BENESSERE INVESTMENT GROUP, LLC,
and ARC GLOBAL INVESTMENTS II, LLC,

      Plaintiffs/Counterdefendants,

v.                                    Case No.: 1:24-CV-21104-ELA/LOUIS

ERIC SWIDER, ALEXANDER CANO, and
RENATUS ADVISORS LLC,

      Defendants/Counterplaintiffs.

_____/

ALEXANDER CANO,

      Third-Party Plaintiff,

v.

PATRICK ORLANDO,

      Third-Party Defendant.

_____/

## THE PARTIES' JOINT NOTICE OF CONFIDENTIAL SETTLEMENT

Plaintiff/Counterdefendant Benessere Investment Group, LLC ("Benessere") and Plaintiff/Counterdefendant ARC Global Investments II, LLC ("ARC II") (collectively, "Plaintiffs") and Defendant/Counterplaintiff Eric Swider ("Swider"), Defendant/Counterplaintiff Alexander Cano ("Cano"), and Defendant Renatus Advisors LLC ("Renatus") (collectively, "Defendants"), and Third-Party Defendant Patrick Orlando ("Orlando"),[1] by and through their undersigned counsel, hereby notify the Court pursuant to Local Rule 16.4 that they have reached a confidential settlement resolving all claims and counterclaims asserted between them in this

_____

[1] Plaintiffs, Defendants, and Orlando are collectively referred to as the "Parties."

2

Action. The Parties anticipate filing a Joint Stipulation of Dismissal with Prejudice within ten (10) days of this Notice. The Parties respectfully request that the Court stay all deadlines for fourteen (14) days from the date of this Notice to allow sufficient time to submit appropriate dismissal papers.

[REMAINDER INTENTIONALLY LEFT BLANK; SIGNATURE PAGE FOLLOWS]

Dated:        July 14, 2026

Respectfully submitted,

**Homer Bonner Jacobs
Ortiz & Dimond, P.A.**

*/s/ Antonio M. Hernandez, Jr.*
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
Phone: (305) 350-5143
Fax: (305) 982-0060
Kevin P. Jacobs, Esq.
Email: kjacobs@homerbonner.com
Florida Bar No. 169821
Antonio M. Hernandez, Jr.
Email: ahernandez@homerbonner.com
Florida Bar No. 117756

**Richards Layton & Finger, P.A.**

Matthew D. Perri
Katharine L. Mowery
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Phone: (305) 651-7623
perri@rlf.com
mowery@rlf.com

*Attorneys for Plaintiffs/Counterclaim
Defendants ARC II and Benessere*

**VEDDER PRICE (FL), LLP**
By: */s/ Adam L. Schwartz, Esq.*
Adam L. Schwartz, Esq.
Florida Bar No. 103163
aschwartz@vedderprice.com
Andrew T. Figueroa, Esq.
Florida Bar No. 1002745
afigueroa@vedderprice.com
600 Brickell Avenue, Suite 1500
Miami, Florida 33131
Tel: (786) 741-3200
Fax: (786) 741-3202

*Attorneys for Third-Party Defendant
Patrick Orlando*

**DLA PIPER LLP (US)**

*/s/ Christopher G. Oprison, Esq.*
Christopher G. Oprison (FBN 122080)
chris.oprison@dlapiper.com
Tal Aburos (FBN 1010901)
tal.aburos@dlapiper.com

DLA Piper LLP (US)
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
Tel: (305) 423-8522
Fax: (305) 657-6366

*Attorneys for Defendant/Counter-Plaintiff
Eric Swider, and Defendants Alexander Cano
and Renatus Advisors LLC*

**SHAW LEWENZ**
110 SE 6th St., Suite 2900
Fort Lauderdale, Florida 33301
Telephone: (954) 361-3633
Facsimile: (954) 989-7781
Primary Emails: jshaw@shawlewenz.com;
zludens@shawlewenz.com;
lpalen@shawlewenz.com
Secondary Emails:
mlomastro@shawlewenz.com;
kackerman@shawlewenz.com

By: */s/ Zachary D. Ludens, Esq.*
JORDAN A. SHAW, ESQ.
Fla. Bar No. 111771
ZACHARY D. LUDENS, ESQ.
Fla. Bar No. 111620
LAUREN N. PALEN, ESQ.
Fla. Bar No. 1038877

*Attorneys for Defendant/Counterplaintiff/
Third-Party Plaintiff Alexander Cano*

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 14, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Antonio M. Hernandez, Jr.*
Antonio M. Hernandez, Jr.